**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**HAZEL THOMPSON**                                                                  **PLAINTIFF**

**VS.**                                           **CIVIL ACTION NO. 3:21cv00066-SA-JMV**

**WALGREEN CO. d/b/a
WALGREENS**                                                                   **DEFENDANT**

**ORDER STAYING CERTAIN PROCEEDINGS**

This case is before the Court pursuant to L.U.Cɪᴠ.R. 16(b)(3)(B). Rule 16(b)(3)(B) provides:

[f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion and whether to permit any portion of the case to proceed pending resolution of the motion are decisions committed to the discretion of the court, upon a motion by any party seeking relief.

On April 13, 2021, Defendant filed a motion [6] to dismiss based in part on a jurisdictional defense. Accordingly, all proceedings enumerated in Rule 16(b)(3)(B) and the case management conference are STAYED, pending a ruling on the jurisdictional defense motion. If a party desires that any stayed matter proceed, it must file a motion requesting same within fourteen (14) days of the date of this order.

**SO ORDERED** this 13th day of April, 2021.

                                                               /s/ Jane M. Virden
                                                               U.S. Magistrate Judge